Willoughby Tower Building Corporation, Appellant, v. George Enzinger and Cecil F. Bennett, Appellees.

Gen. No. 41,591.

opinion filed May 19, 1941; rehearing denied June 13, 1941. Seymour J. Frank, for appellant; Sims, Handy, McKnight & Carey, for appellees; Harry L. Kinser, of counsel. Opinion by Justice McSurely. "Not to be published in full."